UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> HAGOP BAGA <br><br> Defendant. | CIVIL ACTION NO. 08-1802 (DMC) <br><br> ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION <br><br> 4-14-08 |

Upon the Declaration of Joseph DeAntonio, Jr., and the exhibits annexed thereto, the Declaration of Jonathan K. Cooperman, and the exhibits annexed thereto, the Complaint and accompanying Memorandum of Law, and good and sufficient cause having been shown, it is hereby

ORDERED, that defendant Hagop Baga ("Defendant"), show cause before the Hon. _____, U.S.D.J. at Room _____, United States District Court for the District of New Jersey, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on the ___ day of _____, 2008 at ___, or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining and requiring Defendant, during the pendency of this action, to allow BP and its contractors to come onto the service station located at 342 Gorge Road, Cliffside Park, Bergen County, New Jersey, for the purposes of constructing a new retaining wall, based on the conduct set forth in the accompanying papers; and it is further

ORDERED that claims and causes of action exist in favor of Plaintiff BP Products North America Inc. ("Plaintiff") and against Defendant for breach of the lease agreement between Plaintiff and Defendant; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendant is temporarily ordered to allow BP and its contractors onto the service station to begin construction activities and, during this construction, is restrained and enjoined from selling motor fuel or other petroleum products, operating its service bays, or conducting any other activities at the service station located at 342 Gorge Road, Cliffside Park, Bergen County, New Jersey; and it is further

ORDERED that service of a copy of this Order to Show Cause, together with the papers upon which it is granted and the Summons and Complaint upon Defendant through his attorney, Kenneth W. Herbert, whose address is 353 Broad Avenue, Suite 205, Leonia, NJ, on or before _____, 2008 by overnight mail, shall constitute good and sufficient service thereof.

Dated: April \_\_\_, 2008

_____
United States District Judge