

April 11, 2008



April 11, 2008

April 11, 2008



April 11, 2008


April 11, 2008



April 11, 2008



April 11, 2008